**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**TERRENCE SPIDELL DURHAM**                                **PETITIONER**
**Reg #82686-179**

**v.**                                        **No. 2:26-cv-27-DPM**

**CHARLES HUMPHREY, Warden,**
**FCC Forrest City Camp**                              **RESPONDENT**

**ORDER**

On *de novo* review, the Court adopts the recommendation, *Doc. 17*, as modified and mostly overrules Durham's objections, *Doc. 20*. Fed. R. Civ. P. 72(b)(3). Durham is correct; though the Court of Appeals explored the deep issue in detail, the Court did not resolve it in *Fortner v. Eischen*, 170 F.4th 655 (8th Cir. 2026). But as I recently held in a different case, I conclude that I lack jurisdiction to consider Durham's § 2241 petition. *See Whitely v. Garrett*, Case No. 2:24-cv-179-DPM (E.D. Ark. 30 December 2025). The Court of Appeals' decision in *Spencer v. Haynes*, 774 F.3d 467, 469–71 (8th Cir. 2014) controls. It was not overruled by *Trump v. J. G. G.*, 604 U.S. 670 (2025) or *Loper Bright Enterprises v. Raimondo*, 603 U.S. 369 (2024).

Durham's petition will be dismissed without prejudice for lack of subject matter jurisdiction. His motion, *Doc. 8*, is denied.

-2-

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

29 April 2026