## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**TERRENCE SPIDELL DURHAM**                                      **PETITIONER**
**Reg #82686-179**

**v.**                          **No. 2:26-cv-27-DPM**

**CHARLES HUMPHREY, Warden,**
**FCC Forrest City Camp**                               **RESPONDENT**

### JUDGMENT

Durham's petition is dismissed without prejudice.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

29 April 2026