IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TERRENCE SPIDELL DURHAM**                                    PETITIONER
**Reg #82686-179**

v.                                        No. 2:26-cv-27-DPM

**CHARLES HUMPHREY, Warden,**
**FCC Forrest City Camp**                                      RESPONDENT

## ORDER

Motion to reconsider, *Doc. 23*, denied.  Durham's arguments are well researched and well presented.  With great interest, the Court will watch for the Court of Appeals' decision in *Osorio-Calderon v. Sandstone*, 2025 WL 2688917 (D. Minn. 19 September 2025), *appeal docketed*, No. 25-3090 (8th Cir. 20 October 2025).  The law may well change.  But the Court must apply present—not projected—law.  *Hohn v. United States*, 524 U.S. 236, 252–53 (1998).  And the Court's reading of the law is that it lacks subject matter jurisdiction.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_21 May 2026_